Case 1:23-cv-00061   Document 22   Filed on 11/13/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELOY ZAMARRON, JR., | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-061 |
| ANTONY BLINKEN, *et al.*, | § | |
| Defendants. | § | |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eloy Zamarron, Jr. and Defendant Antony Blinken have jointly stipulated to voluntarily dismiss all claims asserted in this action with prejudice. (Stipulation of Dismissal, Doc. 21) The Stipulation dismisses Zamarron's causes of action with prejudice without court order.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on November 13, 2024.

*Fernando Rodriguez, Jr.*

Fernando Rodriguez, Jr.
United States District Judge